# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CR425-056 |
| ) | |
| ANTWOINE ALLEN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Discovery in this multi-defendant conspiracy case is ongoing. *See generally* doc. 591. Defendant Hakeem Curry has filed several discovery-related motions, docs. 595, 596, 597, 603 & 604, which the Court will address in due course. The Government, with the consent, either wholly or in part, of several defendants, seeks to amend the operative Scheduling Order. *See generally* doc. 598. Finally, Defendant Curry has moved for a bill of particulars, doc. 600, and for the Court to schedule a hearing to determine the admissibility of co-conspirator hearsay statements. *See generally* doc. 602. In order to ensure the prompt and

efficient disposition of the Government's Motion and Defendant Curry's non-discovery motions, the Court imposes the following schedule:

Defendants are **DIRECTED** to respond to the Government's Motion, doc. 598, by no later than November 19, 2025. The Government is **DIRECTED** to file its reply, if any, by no later than November 26, 2025.

The Government is **DIRECTED** to file its responses to Defendant Curry's Motion for Bill of Particulars, doc. 600, and Motion for *James* Hearing, doc. 602, by no later than November 20, 2025. As the Motion for *James* Hearing explains in more detail, part of the relief it seeks is an Order establishing a schedule for the Government to identify relevant co-conspirator hearsay statements and a briefing schedule for arguments on the admissibility of any such statements. *See id.* at 6-7. If the Government concedes that a hearing is appropriate, it should include in its response a proposed deadline for production of a list of any statements to be offered in evidence pursuant to Federal Rule of Evidence

801(d)(2)(E). Defendant Curry is **DIRECTED** to file his replies, if any, by no later than November 26, 2025.

**SO ORDERED,** this 7th day of November, 2025.

_____
C̲HRISTOPHER L. R̲AY
U̲NITED S̲TATES M̲AGISTRATE J̲UDGE
S̲OUTHERN D̲ISTRICT OF G̲EORGIA